# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY L. MOCK et al.,

    Defendants.

    _____/

Case No. 09-12861

HONORABLE ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

## ORDER DENYING DEFENDANT MOCK'S MOTION AND AFFIDAVIT TO SET ASIDE THE COURT'S JUDGMENT [34]

Before the Court is Defendant's Motion and Affidavit to Set Aside the Court's Judgment [34]. Defendant filed an almost identical motion [29], which the Court denied. Dkt. [33]. Defendant's pending motion [34] is denied for the same reasons stated in the Court's Order [33].

Accordingly,

**IT IS ORDERED** that Defendant's Motion and Affidavit to Set Aside the Court's Judgment [34] is **DENIED**.

**SO ORDERED.**


Dated: April 22, 2011        S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      Senior United States District Judge

I hereby certify that a copy of the foregoing document was served upon

Terry L Mock
23100 Staunton
Southfield, MI 48033


and counsel of record on April 22, 2011, by electronic and/or ordinary mail.

                                              S/MICHAEL L. WILLIAMS
                                              Relief Case Manager